# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| RAYMOND POULIN,<br>*Plaintiff,*<br><br>v.<br><br>GENERAL DYNAMICS SHARED RESOURCES, INC.<br>*Defendant.* | CASE NO. 3:09-cv-00058<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court upon the Joint Motion and Memorandum for Reconsideration of the Court's March 26, 2010 Order Denying Joint Motion for Protective Order to Place Confidential Settlement Agreement and General Release Permanently Under Seal, filed April 9, 2010 (docket no. 22).

For the reasons articulated in the Court's Memorandum Opinion dated March 26, 2010 (docket no. 20), which have been reincorporated by reference, and for the reasons stated in the accompanying Memorandum Opinion, this Motion to Reconsider will be and hereby is DENIED.

Should the parties wish to withdraw from the Settlement Agreement as a consequence of the instant Memorandum Opinion and Order, and proceed with this action, they shall file a notice to that effect within 7 days of the issuance of this Order.

Should the parties wish to proceed with the Settlement Agreement recognizing that it will be a part of the public record, they shall file an amended motion for approval of Settlement Agreement and General Release, attaching an unsealed Settlement Agreement, within 7 days of the issuance of this Order.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this ‎‎23rd day of April, 2010.

‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎NORMAN K. MOON
UNITED STATES DISTRICT JUDGE