IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| **RAYMOND POULIN** | § § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO.: 3:09cv058 |
| | § | |
| **GENERAL DYNAMICS SHARED RESOURCES, INC.** | § § § § | |
| Defendant. | § § | |

## AGREED ORDER

AND NOW, this 9th day of June, 2010, upon consideration of the parties' Second Amended Joint Motion and Memorandum for Approval of Settlement Agreement, it is hereby ORDERED that the motion is GRANTED and that the Settlement Agreement, attorney's fees of twenty-five thousand dollars ($25,000.00) and General Release are APPROVED. It is further ORDERED that Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE.

_____
United States District Court Judge

DB1/64682609.1

WE ASK FOR THIS:

/s/J. Allen Schreiber
J. Allen Schreiber (Va. Bar # 79397)
Joanna L. Suyes, Esq. (VSB #74226)
Marks & Harrison, P. C.
1500 Forest Avenue, Suite 100
P.O. Box 72020
Richmond, VA  23229
Phone: 804-282-0999
Fax: 804-288-1330
E-mail: jsuyes@marksandharrison.com
*Counsel for Plaintiff*


/s/ Karen E. Gray
James J. Kelley II (Va. Bar # 13869)
Karen E. Gray (Va. Bar # 47747)
David R. Broderdorf II (Va. Bar # 76538)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington DC, 20004
Phone: 202-739-3000
Fax: 202-739-3001
kgray@morganlewis.com
*Counsel for Defendant*